# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| NANCY NICOLAOU AND NICHOLAS NICOLAOU | : | No. 429 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| STEPHEN P. FLATYN, M.D., JAMES J. MARTIN, M.D., LOUISE A . DILLONSYDER, CRNP, JEFFREY D. GOULD, M.D., ST. LUKE'S HOSPITAL, ST. LUKE'S HOSPITAL & HEALTH NETWORK, ST. LUKE'S HOSPITAL UNION STATION, MEDICAL SURGICAL CLINIC, D/B/A ST. LUKE'S SOUTHSIDE MEDICAL CENTER AND ST. LUKE'S ORTHOPAEDIC FAMILY PRACTICE | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: NANCY NICOLAOU | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.